**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-01409

**Webb,**
*Plaintiff,*
v.
**Kitt, et al.,**
*Defendants.*

## ORDER

After reviewing all relevant matters of record in this case, including the report and recommendation of the United States Magistrate Judge (ECF No. 6), the undersigned district judge is of the opinion that the analysis and recommendation of the magistrate judge are correct as to Plaintiff's Fourth Amendment claim. The Court accordingly adopts the report and analysis of the United States Magistrate Judge as to the recommendation that Webb has "stated non-frivolous claims against the Individual Defendants under Section 1983 for violations of his Fourth Amendment rights." ECF No. 6 at 5. Thus, the Court directs the Clerk to issue summons against the individual officer defendants named in the suit upon receipt of proper addresses from Plaintiff. *Id.* at 5–6. At the time of this Order, Plaintiff has provided no addresses for the individual officer defendants so that summons may issue.

The report and recommendation also found that Plaintiff failed to state a non-frivolous *Monell* claim against the City of Austin, and so recommended dismissing that claim with prejudice. *Id.* at 4. Plaintiff did not timely object to the report and recommendation. He did, however, file a request for leave to amend his pleadings, and included documents showing that

footage relevant to the suit had been added to the case after he filed his original complaint. *See* ECF No. 8-1 at 8–10.

The Court finds it appropriate for Plaintiff to amend his complaint to clarify his allegations against the City of Austin. *See* FED. R. CIV. P. 15(a)(2). Plaintiff must file his amended complaint by October 20, 2026

All outstanding motions are DENIED as moot.

*So ordered by the Court on October 7, 2026.*

ANDREW DAVIS
United States District Judge